UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELVON HAMMOND, | No. 2:17-cv-2189 KJN P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, | |
| Respondent. | |

Petitioner is a state prisoner. On December 8, 2017, petitioner filed a one page document bearing only the case caption and the title, "Motion for a Lawyer." (ECF No. 18.) The document is not signed by petitioner as required by Rule 11 of the Federal Rules of Civil Procedure. Moreover, there are no facts or legal authorities to support a motion. Accordingly, IT IS HEREBY ORDERED that petitioner's "motion" (ECF No. 18) is denied without prejudice to its renewal upon petitioner correcting these procedural defects.

Dated: December 14, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hamm2189.den