IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELVON HAMMOND,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**JOE A. LIZARRAGA, Warden,**<br><br>　　　　　　　　　　　Respondent. | Case No. 2:17-cv-2189 TLN KJN P<br><br>**ORDER** |

Petitioner is a state prisoner, proceeding pro se, with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On February 21, 2018, respondent filed a request to seal documents that were filed under seal in state court. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request (ECF No. 27-1) is granted; and

2. The Clerk of the Court is directed to file under seal Exhibit 1, Volume 2 of 2, provided in electronic format.

Dated: February 22, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/hamm2189.seal